## 62173. HUDGINS v. THE STATE.

POPE, Judge.
Judgment affirmed in accordance with Court of Appeals Rule 36.

*Judgment affirmed. Quillian, C. J., and McMurray, P. J., concur.*

DECIDED JULY 14, 1981.

Randy E. Hudgins, *pro se.*
*Arthur E. Mallory III, District Attorney,* for appellee.